**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Alberto Casais | Social Security number or ITIN  xxx–xx–2525 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Christina Casais | Social Security number or ITIN  xxx–xx–6221 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 15–31815–SLM | |

# Order of Discharge                                                          12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Alberto Casais                                  Christina Casais

    1/6/21                                       **By the court:** <u>Stacey L. Meisel</u>
                                                                  United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Alberto Casais  
Christina Casais  
    Debtor(s)

Case No. 15-31815-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2  
Date Rcvd: Jan 06, 2021      Form ID: 3180W      Total Noticed: 19

The following symbols are used throughout this certificate:  
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Alberto Casais, Christina Casais, 3 Centre Lane, Bayonne, NJ 07002-1810 |
| 515967817 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 515859445 | + | NCB Management Services Inc., PO Box 1099, Langhorne, PA 19047-6099 |
| 515954593 | + | VW Credit Leasing Ltd, PO Box 9013, Addison, TX 75001-9013 |
| 515859447 | | Volkswagon Credit, PO Box 5215, Carol Stream, IL 60197-5215 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 06 2021 21:50:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 06 2021 21:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 515859439 | | EDI: BANKAMER.COM | Jan 07 2021 01:58:00 | Bank of America, PO Box 982235, El Paso TX 79, 99 82235 |
| 515859482 | | EDI: BANKAMER.COM | Jan 07 2021 01:58:00 | Bank of America, PO Box 982236, El Paso, TX 79998 |
| 515859441 | + | EDI: WFNNB.COM | Jan 07 2021 02:03:00 | Comenity Bank, PO Box 182125, Columbus Oh, io 43218-2125 |
| 515859442 | + | EDI: WFNNB.COM | Jan 07 2021 02:03:00 | Comenity Bank / VCTRSSEC, PO Box 182789, Columbus OH 43218-2789 |
| 515859444 | | Email/Text: GCSBankruptcy@gcserv.com | Jan 06 2021 21:49:00 | GC Services Limited Partnership, 6330 Gulfton, Houston, TX 77081, 6330 Gulfton Houston, TX 77081 |
| 515859440 | | EDI: JPMORGANCHASE | Jan 07 2021 02:03:00 | Chase Bank USA, PO Box 15298, Wilmington, DE 19850-5298 |
| 515859443 | | EDI: JPMORGANCHASE | Jan 07 2021 02:03:00 | Disney Visa, Chase Card Services, P.O. Box 15298, Wilmington, DE 19850 |
| 516080176 | | EDI: PRA.COM | Jan 07 2021 02:03:00 | Portfolio Recovery Associates, LLC, c/o Victorias Secret, POB 41067, Norfolk VA 23541 |
| 515859449 | | Email/Text: vci.bkcy@vwcredit.com | Jan 06 2021 21:50:00 | VW Credit Inc, 1401 Franklin Blvd., Libertyville, IL 60048-4460 |
| 515859446 | + | EDI: WFNNB.COM | Jan 07 2021 02:03:00 | Victoria Secret, P.O Box 182789, Columbus, OH 43218-2789 |
| 515859450 | + | EDI: WFFC.COM | Jan 07 2021 02:03:00 | WFFNB/Raymore & Flanigan, 800 Walnut street, Des Moines, IA 50309-3605 |

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 06, 2021 | Form ID: 3180W | Total Noticed: 19 |

| 516062147 | EDI: WFFC.COM | | |
|---|---|---|---|
| | | Jan 07 2021 02:03:00 | Wells Fargo Bank NA, PO Box 10438, Des Moines IA 50306-0438 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 515859481 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, P.O Box 982235, El Paso, TX 79998 |
| 515859483 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, PO Box 982235, El Paso TX 79, 99 82235 |
| 515859485 | *+ | Comenity Bank, PO Box 182125, Columbus Oh, io 43218-2125 |
| 515859486 | *+ | Comenity Bank / VCTRSSEC, PO Box 182789, Columbus OH 43218-2789 |
| 515859488 | * | GC Services Limited Partnership, 6330 Gulfton, Houston, TX 77081, 6330 Gulfton Houston, TX 77081 |
| 515859484 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Bank USA, PO Box 15298, Wilmington, DE 19850-5298 |
| 515859487 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Disney Visa, Chase Card Services, P.O. Box 15298, Wilmington, DE 19850 |
| 515859489 | *+ | NCB Management Services Inc., PO Box 1099, Langhorne, PA 19047-6099 |
| 515859493 | * | VW Credit Inc, 1401 Franklin Blvd., Libertyville, IL 60048-4460 |
| 515859490 | *+ | Victoria Secret, P.O Box 182789, Columbus, OH 43218-2789 |
| 515859448 | *+ | Volkswagon Credit, P.O Box 5215, Carol Stream, IL 60197-5215 |
| 515859492 | *+ | Volkswagon Credit, P.O Box 5215, Carol Stream, IL 60197-5215 |
| 515859491 | * | Volkswagon Credit, PO Box 5215, Carol Stream, IL 60197-5215 |
| 515859494 | *+ | WFFNB/Raymore & Flanigan, 800 Walnut street, Des Moines, IA 50309-3605 |

TOTAL: 0 Undeliverable, 14 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Jan 08, 2021 | Signature: | /s/Joseph Speetjens |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Deborah B. Austin | on behalf of Debtor Alberto Casais dbaustinesq@gmail.com |
| Deborah B. Austin | on behalf of Joint Debtor Christina Casais dbaustinesq@gmail.com |
| Denise E. Carlon | on behalf of Creditor VW Credit Leasing Ltd. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |

TOTAL: 4